### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Milagros E. Ortiz
                Debtor

BANK OF AMERICA, N.A.
            v.
Milagros E. Ortiz
            and
William C. Miller Esq.
            Trustee

Chapter 13

NO. 14-13031 MDC

### **ORDER**

AND NOW, this **19th** day of **September**, 2016 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on January 27, 2016 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code) 11 U.S.C. 11 U.S.C. Sections 362, is modified to allow BANK OF AMERICA, N.A. and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 5017 Loretto Avenue Philadelphia, PA 19124.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_____
United States Bankruptcy Judge.

cc: See attached service list

Milagros E. Ortiz
5017 Loretto Avenue
Philadelphia, PA 19124

William C. Miller Esq.
111 S. Independence Mall (VIA ECF)
Suite 583
Philadelphia, PA 19106

John L. McClain Esq.
P.O. Box 123 (VIA ECF)
Narberth, PA 19072

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532