United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Milagros E. Ortiz  
      Debtor

Case No. 14-13031-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: ChrissyW      Page 1 of 1      Date Rcvd: Sep 20, 2016  
Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 22, 2016.  
db     +Milagros E. Ortiz,   5017 Loretto Avenue,   Philadelphia, PA 19124-2424

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

     ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2016            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 20, 2016 at the address(es) listed below:
      ANDREW F GORNALL    on behalf of Creditor    Bank Of America, N.A. agornall@kmllawgroup.com, bkgroup@kmllawgroup.com  
      ANDREW F GORNALL    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@kmllawgroup.com, bkgroup@kmllawgroup.com  
      JOHN L. MCCLAIN    on behalf of Plaintiff Milagros E. Ortiz aaamcclain@aol.com, edpabankcourt@aol.com  
      JOHN L. MCCLAIN    on behalf of Debtor Milagros E. Ortiz aaamcclain@aol.com, edpabankcourt@aol.com  
      JOSEPH PATRICK SCHALK    on behalf of Creditor    BANK OF AMERICA, N.A. paeb@fedphe.com  
      JOSEPH PATRICK SCHALK    on behalf of Creditor    Bank Of America, N.A. paeb@fedphe.com  
      JOSHUA ISAAC GOLDMAN    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
      RICHARD W. KEIFER, III    on behalf of Creditor    Wisdom Financial, LLC rkeifer@keiferlaw.com  
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
      WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com  
                                               TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Milagros E. Ortiz<br>       Debtor<br>_____<br>BANK OF AMERICA, N.A.<br>    v.<br>Milagros E. Ortiz<br>    and<br>William C. Miller Esq.<br>      Trustee | Chapter 13<br><br>NO. 14-13031 MDC |

## ORDER

AND NOW, this **19th** day of **September**, 2016 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on January 27, 2016 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code) 11 U.S.C. 11 U.S.C. Sections 362, is modified to allow BANK OF AMERICA, N.A. and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 5017 Loretto Avenue Philadelphia, PA 19124.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_Magdeline D. Coleman_
United States Bankruptcy Judge.

cc: See attached service list

Milagros E. Ortiz
5017 Loretto Avenue
Philadelphia, PA 19124

William C. Miller Esq.
111 S. Independence Mall (VIA ECF)
Suite 583
Philadelphia, PA 19106

John L. McClain Esq.
P.O. Box 123 (VIA ECF)
Narberth, PA 19072

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532