United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 14-13031-mdc
Milagros E. Ortiz                                                       Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: PaulP    Page 1 of 1    Date Rcvd: Sep 26, 2016
                 Form ID: trc    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2016.
13393895    +Bank of America, N.A.,   c/o KML Law Group, P.C.,   701 Market Street, Suite 5000,
     Philadelphia, PA 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2016                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 23, 2016 at the address(es) listed below:
     ANDREW F GORNALL    on behalf of Creditor    Bank Of America, N.A. agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
     ANDREW F GORNALL    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
     JOHN L. MCCLAIN    on behalf of Plaintiff Milagros E. Ortiz aaamcclain@aol.com, edpabankcourt@aol.com
     JOHN L. MCCLAIN    on behalf of Debtor Milagros E. Ortiz aaamcclain@aol.com,   edpabankcourt@aol.com
     JOSEPH PATRICK SCHALK    on behalf of Creditor    BANK OF AMERICA, N.A. paeb@fedphe.com
     JOSEPH PATRICK SCHALK    on behalf of Creditor    Bank Of America, N.A. paeb@fedphe.com
     JOSHUA ISAAC GOLDMAN    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
     RICHARD W. KEIFER, III    on behalf of Creditor    Wisdom Financial, LLC rkeifer@keiferlaw.com
     United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
     WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 10

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 14-13031-mdc
Chapter 13

In re: Debtor(s) (including Name and Address)

Milagros E. Ortiz
5017 Loretto Avenue
Philadelphia PA 19124

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 09/23/2016.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
| --- | --- |
| Claim No. 13: Bank of America, N.A., c/o KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106 | PENNYMAC Loan Services P.O.Box 30597, Los Angeles, CA 90030 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    09/28/16

Tim McGrath
**CLERK OF THE COURT**