United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 14-13031-mdc
Milagros E. Ortiz                                                        Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia          Page 1 of 2          Date Rcvd: Aug 17, 2018
                              Form ID: pdf900         Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 19, 2018.
db           +Milagros E. Ortiz,    5017 Loretto Avenue,    Philadelphia, PA 19124-2424
13287841     +Bank of America,    Attn: Correspondence Unit/CA6-919-02-41,    PO Box 5170,
               Simi Valley, CA 93062-5170
13504422     +Bank of America, N.A.,    c/o JOSEPH PATRICK SCHALK,    Phelan Hallinan, LLP,
               1617 JOHN F. KENNEDY BLVD. SUITE 1400,    PHILADELPHIA, PA 19103-1814
13393895     +Bank of America, N.A.,    c/o KML Law Group, P.C.,    701 Market Street, Suite 5000,
               Philadelphia, PA 19106-1541
13287842     +Consumer Portfolio Svc,    Attn:Bankruptcy,    19500 Jamboree Rd,    Irvine, CA 92612-2411
13287844     +Fed Loan Serv,    Po Box 69184,    Harrisburg, PA 17106-9184
13287845     +First Premier Bank,    3820 N Louise Ave,    Sioux Falls, SD 57107-0145
13287846     +John L. McClain and Associates,    PO Box 123,    Narberth, PA 19072-0123
13287847     +KML Law Group, PC,    701 Market Street,    Philadelphia, PA 19106-1538
13796016      PENNYMAC Loan Services,    P.O.Box 30597, Los Angeles, CA 90030
13287849      Thinkcashfbd,    Brandywine Commons,    Wilmington, DE 19803
13294851     +U.S. Department of Housing and Urban Development,    c/o Novad Management Consulting, LLC,
               2401 N.W. 23rd Street, Suite 1A,    Oklahoma City, OK 73107-2423
13287852     +Wisdom Financial,    277 Northern Blvd,    Ste 100,    Great Neck, NY 11021-4703
13322359      eCAST Settlement Corporation, successor,    to HILCO Receivables, LLC, assignee of,
               Popular Club,    POB 35480,    Newark, NJ 07193-5480

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: megan.harper@phila.gov Aug 18 2018 02:17:25     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 18 2018 02:16:42
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 18 2018 02:17:03     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13294879      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 18 2018 02:22:20
               American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
               Oklahoma City, OK  73126-8941
13374935      E-mail/Text: megan.harper@phila.gov Aug 18 2018 02:17:25     City of Philadelphia,
               Law Department Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
               Philadelphia, PA  19102-1595
13362206     +E-mail/Text: bankruptcy@consumerportfolio.com Aug 18 2018 02:16:54
               CONSUMER PORTFOLIO SERVICES, INC.,    P.O. BOX 57071,    IRVINE, CA. 92619-7071
13354360      E-mail/Text: bankruptcynotices@devry.edu Aug 18 2018 02:17:28     Devry Education Group,
               814 Commerce Drive,    Oak Brook, IL  60523
13287843      E-mail/Text: bankruptcynotices@devry.edu Aug 18 2018 02:17:28     Devry Inc,
               Attention: Student Accounts Center,    814 Commerce Drive,    Oakbrook, IL 60523
13287848     +E-mail/Text: bankruptcydpt@mcmcg.com Aug 18 2018 02:16:45     Midland Funding,
               8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
13347926     +E-mail/Text: csidl@sbcglobal.net Aug 18 2018 02:17:02     Premier Bankcard/Charter,
               P.O. Box 2208,    Vacaville, CA 95696-8208
13287850     +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 18 2018 02:16:06
               Verizon,    500 Technology Dr Ste 30,    Weldon Spring, MO 63304-2225
13287851     +E-mail/Text: megan.harper@phila.gov Aug 18 2018 02:17:25     Water Revenue Bureau,
               1401 JFK Blvd,    Philadelphia, PA 19102-1663
                                                                                              TOTAL: 12

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             U.S Department of Housing and Urban Development
cr             U.S. Department of HUD
cr*          +Wisdom Financial, LLC,    277 Northern Blvd., Ste 100,    Great Neck, NY 11021-4703
13309222     ##+Rjm Acquisitions Llc,    575 Underhill Blvd, Suite 224,    Syosset, NY 11791-3416
                                                                                              TOTALS: 2, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0313-2          User: Virginia              Page 2 of 2                   Date Rcvd: Aug 17, 2018
                              Form ID: pdf900             Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 17, 2018 at the address(es) listed below:
          ANDREW   SPIVACK    on behalf of Creditor    Bank Of America, N.A. paeb@fedphe.com
          ANDREW   SPIVACK    on behalf of Creditor    BANK OF AMERICA, N.A. paeb@fedphe.com
          ANDREW F GORNALL    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          ANDREW F GORNALL    on behalf of Creditor    Bank Of America, N.A. agornall@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          JOHN L. MCCLAIN    on behalf of Plaintiff Milagros E. Ortiz aaamcclain@aol.com,
           edpabankcourt@aol.com
          JOHN L. MCCLAIN    on behalf of Debtor Milagros E. Ortiz aaamcclain@aol.com,   edpabankcourt@aol.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          RICHARD W. KEIFER, III    on behalf of Creditor    Wisdom Financial, LLC rkeifer@keiferlaw.com
          THOMAS I. PULEO    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 11
```

# UNITED STATES BANKRUTPCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MILAGROS E. ORTIZ                                   Chapter 13

                        Debtor            Bankruptcy No. 14-13031-MDC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

  **AND NOW**, this ___16th___ day of ___August___, 201_8_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

  **ORDERED**, that any wage orders are hereby vacated.

_____
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA 19105

Debtor's Attorney:
JOHN L. MCCLAIN
JOHN L MCCLAIN AND ASSOCIATES
PO BOX 123
NARBERTH, PA 19072-

Debtor:
MILAGROS E. ORTIZ

5017 LORETTO AVENUE

PHILADELPHIA, PA 19124